Joscelyn A. CATON and Calvin Shepherd on behalf of themselves and all others similarly situated, Plaintiffs-Appellants,

v.

CANAL ZONE GOVERNMENT, Defendant-Appellee.

No. 81–3730
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 1982.

Pierce & Kiyonaga, P.S.C., David J. Kiyonaga, Miami, Fla., Robert K. Guillory, Eunice, La., for plaintiffs-appellants.

Frank J. Violanti, Asst. U.S. Atty., Miami, Fla., for defendant-appellee.

Before GEE, GARZA and TATE, Circuit Judges.

PER CURIAM:

This case is affirmed on the basis of the district court opinion of October 1, 1981 of John R. Brown, Circuit Judge, sitting by designation and published in 522 F.Supp. 1.

AFFIRMED.